FRANCIS M. CONLON, Appellant, v. WALTER H. FARRAR, Respondent.— Order denying motion to strike out defenses affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

FRANCIS M. CONLON, Appellant, v. PETER J. McGUINNESS, Respondent.— As to the first defense, order denying motion to strike out reversed on the law and the facts, without costs, and motion granted. As to the second defense, order denying motion to strike out affirmed. The facts alleged in the first defense are properly pleaded in the second defense in mitigation of damages. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

LEILA D'ERRICO, as Executrix, etc., of WINIFRED GANTZ SHEFFER, Deceased, Respondent, v. BENJAMIN V. PIZZUTO, JR., and ANTHONY R. PIZZUTO, Doing Business under the Firm Name and Style of PIZZUTO BROTHERS, Appellants.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

IDA DUGAN, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.*— Judgment reversed on the law and the facts, with costs, verdict reinstated,† and judgment directed to be entered thereon, with costs. Appeal, in so far as it purports to be from an order entered on the clerk's minutes, dismissed. In the circumstances the court was without power to dismiss the complaint on the merits. (Bail v. N. Y., N. H. & H. R. R. Co., 201 N. Y. 355.) Furthermore, the verdict was sustained by the evidence. Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent from the determination to reinstate the verdict and vote for a new trial.

PETER DUGAN, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.*— Judgment reversed on the law and the facts, with costs, verdict reinstated,‡ and judgment directed to be entered thereon, with costs, on authority of Dugan v. New York Telephone Company (ante, p. 706), decided herewith. Appeal, in so far as it purports to be from an order entered on the clerk's minutes, dismissed. Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent from the determination to reinstate the verdict and vote for a new trial.

FRONTENAC HOTEL COMPANY, INC., Appellant, v. MAX SCHWARZ and Others, Respondents, Impleaded with ROSE PECK, as Executrix, etc., of MAX PECK, Deceased, Defendant.— Judgments reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. In our opinion, the question of defendants' participation in the alleged conversion should have been submitted to the jury. Lazansky, P. J., Kapper, Scudder and Tompkins, JJ., concur; Young, J., dissents and votes for affirmance.

THOMAS E. GLEASON, as Administrator, etc., of ELIZABETH GLEASON, Deceased, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY, Appellant.§ — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

---

* Affd., 260 N. Y. 643.

† Verdict was for $2,500 in action for personal injuries.— [REP.

‡ Verdict was for $800 in action for loss of services.— [REP.

§ Revd., 261 N. Y. 333.